RECEIVED
MAR 3 1 2023
TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

Case No. 5:23-cv- __0425__

CLINTON STRANGE,

*Plaintiff*

v.

DIRECT FUNDING NOW LLC, et. al.,

*Defendants*

_____/

### Request for the Issuance of Summonses

1. The *pro se* Plaintiff respectfully requests that the Honorable Clerk of Court would Issue Summonses as to the named Defendants in this Action [See Exhibits A & B].

Respectfully Requested,

x _Clinton Strange_         3-30-2023
Clinton Strange                Dated
*Pro Se*
7021 Winburn Drive
Greenwood, LA 71033
(318) 423-5057
StrangeC982@gmail.com

# EXHIBIT A

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

CLINTON STRANGE

*Plaintiff(s)*

v.

DIRECT FUNDING NOW LLC, et. al.,

*Defendant(s)*

Civil Action No. 5:23-cv-

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DIRECT FUNDING NOW LLC
23411 Summerfield, Unit 42A
Aliso Viejo, California 92656

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
CLINTON STRANGE
7021 WINBURN DRIVE
GREENWOOD, LA 71033

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# EXHIBIT B

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Louisiana

CLINTON STRANGE

*Plaintiff(s)*

v.

DIRECT FUNDING NOW LLC, et. al.,

*Defendant(s)*

Civil Action No. 5:23-cv-

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* IP HORIZON LLC
1200 S Rogers Circle
Unit 6
Boca Raton, FL 33487IP HORIZON LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CLINTON STRANGE
7021 WINBURN DRIVE
GREENWOOD, LA 71033

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____     _____
*Signature of Clerk or Deputy Clerk*