


Clinton Strucye
7021 Winburn Drive
Greenwood, LA 71033

SHREVEPORT LA 710
THU 30 MAR 2023 PM

X-RAYED

RECEIVED
MAR 31 2023
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

Clerk,
U.S. District Court
300 Fannin St., Room #1167
Shreveport, LA 71101



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
242 FEDERAL BLDG., 167 N. MAIN
MEMPHIS, TN 38103
OFFICIAL BUSINESS

